**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7199**

---

DANIEL E. FELIX,

Petitioner - Appellant,

versus

RONALD ANGELONE, Director, Virginia Department
of Corrections,

Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, District Judge.
(CA-97-1332-AM, CA-97-1360-AM)

---

Submitted: February 11, 1999        Decided: April 5, 1999

---

Before ERVIN, NIEMEYER, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Daniel E. Felix, Appellant Pro Se. Robert H. Anderson, III, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Daniel E. Felix seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998), and his motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Felix's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Felix v. Angelone, Nos. CA-97-1332-AM; CA-97-1360-AM (E.D. Va. July 9 & Aug. 27, 1998).[*] We deny Felix's motion for the appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's orders are marked as "filed" on July 6 and August 26, 1998, the district court's records show that they were entered on the docket sheet on July 9 and August 27, 1998. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-25 (4th Cir. 1986).